1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, SONYA PICKETT*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

SONYA PICKETT,

        Plaintiff,

v.

QCHI f/k/a QC HOLDINGS, INC.,

        Defendants.

**Case No. 2:18-cv-02280-APG-DJA**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

Plaintiff SONYA PICKETT and Defendant, QCHI F/K/A QC HOLDINGS, INC., hereby stipulate and agree that the above-entitled action shall be dismissed

…
…
…
…
…
…
…
…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 13, 2019

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff,*<br>SONYA PICKETT | /s/Ruth Segal, Esq.<br>Donald Kudler, Esq.<br>3202 W. Charleston Blvd.<br>Las Vegas, NV  89102<br><br>Ruth Segal, Esq.<br>1150 S. Olive Street, 18th Floor Los Angeles, CA  90015<br>Pro Hac Vice<br>*Attorneys for Defendan,t*<br>QCHI F/K/A QC HOLDINGS, INC. |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: August 14, 2019.